UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK A. WALLMULLER,

               Plaintiff,

     v.

SCOTT RUSSELL, DEBORAH WOFFORD, and PATRICIA FLORES,

               Defendants.

CASE NO. C14-5121 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for injunctive relief and return of his legal documents is denied. The documents are available for plaintiff's use in the law library and prison officials have valid reasons related to security for not allowing inmates in the short term housing, "RDC," units to possess legal documents.

DATED this 22nd day of May, 2014.

                                                          _____
                                                          RONALD B. LEIGHTON
                                                          UNITED STATES DISTRICT JUDGE

ORDER - 1